**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 15-34576 |
|---|---|---|
| | § | |
| EULALIO DELATORRE | § | |
| ANDREA L DELATORRE | § | |
| | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/10/2015. The undersigned trustee was appointed on 10/10/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $5,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $57.19 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $4,942.81 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/23/2016 and the deadline for filing government claims was 04/07/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,250.00, for a total compensation of $1,250.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $28.00, for total expenses of $28.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/24/2017                By:   /s/ David P. Leibowitz
                                      Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-34576 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | | Date Filed (f) or Converted (c): | 10/10/2015 (f) |
| For the Period Ending: | 2/24/2017 | | §341(a) Meeting Date: | 12/02/2015 |
| | | | Claims Bar Date: | 03/23/2016 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Debtors' homestead. Location: 139 Norwich Drive, Bartlett IL 60103 | $297,333.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account at Fifth-Third Bank (1808) | $194.35 | $0.00 | | $0.00 | FA |
| 3 | Checking and Saving Accounts at Fifth Third Bank: 1) Personal savings ending 6942 balance of $6.61 2) Personal savings ending 4239 balance of $1.82 3) Personal savings ending 4296 balance of $6.30 | $14.73 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous household goods and furnishings. | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | Personal clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6 | 2 wedding bands. | $500.00 | $0.00 | | $0.00 | FA |
| 7 | College tuition fund held by debtors' as custodian for dependent minotr children. | $800.00 | $0.00 | | $0.00 | FA |
| 8 | Husband's 100% ownership interest in De Latorre, Inc., an Illinois S corporation (not in good standing). Business checking ending 8329 balance of $11.27 Business savings ending 9336 balance of $97.02 | $108.29 | $0.00 | | $0.00 | FA |
| 9 | 2009 Nissan Maxima 4D Sedan SV | $10,000.00 | $2,209.00 | | $2,209.00 | FA |
| Asset Notes: | order authorizing sale of equity in vehicle to Debtor for $2,209 (dkt #33) | | | | | |
| 10 | 2010 Ford Expedition 4D Sport Utility Eddie Bauer | $20,000.00 | $4,670.37 | | $2,791.00 | FA |
| Asset Notes: | order authorizing sale of equity in vehicle to Debtor for $2,791 (dkt #33) | | | | | |

**TOTALS (Excluding unknown value)**        **Gross Value of Remaining Assets**

| | | $330,450.37 | $6,879.37 | | $5,000.00 | $0.00 |
|---|---|---|---|---|---|---|

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2                    Exhibit A

| | | |
|---|---|---|
| **Case No.:** | 15-34576 | **Trustee Name:** David Leibowitz |
| **Case Name:** | DELATORRE, EULALIO AND DELATORRE, ANDREA L | **Date Filed (f) or Converted (c):** 10/10/2015 (f) |
| **For the Period Ending:** | 2/24/2017 | **§341(a) Meeting Date:** 12/02/2015 |
| | | **Claims Bar Date:** 03/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2016      **Current Projected Date Of Final Report (TFR):** 02/20/2017      /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34576 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3299 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***3300 | Account Title: | |
| For Period Beginning: | 10/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/21/2015 | | Leo & ANdrea Delatorre | Payment for equity in Debtor's vehicles listed on Schedule B of Petition | * | $5,000.00 | | $5,000.00 |
| | {9} | | Settlement payment for Debtor's equity in 2009 Nissan Maxima   $2,209.00 | 1129-000 | | | $5,000.00 |
| | {10} | | Settlement payment for Debtor's equity in 2010 Ford Expedition   $2,791.00 | 1129-000 | | | $5,000.00 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.08 | $4,997.92 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.06 | $4,989.86 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.53 | $4,982.33 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.03 | $4,974.30 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.02 | $4,966.28 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.75 | $4,958.53 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.74 | $4,950.79 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.98 | $4,942.81 |

|  |  | | | | | |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $5,000.00 | $57.19 | $4,942.81 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,000.00 | $57.19 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $5,000.00 | $57.19 | |

| For the period of 10/10/2015 to 2/24/2017 | | For the entire history of the account between 12/21/2015 to 2/24/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $5,000.00 | Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 | Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $57.19 | Total Compensable Disbursements: | $57.19 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57.19 | Total Comp/Non Comp Disbursements: | $57.19 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34576 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3299 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***3300 | Account Title: | |
| For Period Beginning: | 10/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/24/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $5,000.00 | $57.19 | $4,942.81 |

**For the period of 10/10/2015 to 2/24/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $57.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/10/2015 to 2/24/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $57.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $57.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.:       | 15-34576                                      | Trustee Name: David Leibowitz |
| Case Name:      | DELATORRE, EULALIO AND DELATORRE, ANDREA L    | Date: 2/24/2017               |
| Claims Bar Date:| 03/23/2016                                    |                               |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 8 | AMERICAN EXPRESS BANK, FSB  c o Becket and Lee LLP PO Box 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,653.18 | $0.00 | $0.00 | $0.00 | $5,653.18 |
| 3 | CAPITAL ONE AUTO FINANCE  a division of Capital One NA POB 201347 Arlington TX 76006 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Disallowed | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:**   Objection to Claim 3 sustained (docket no. 31)

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE BANK (USA), N.A.  PO Box 71083 Charlotte NC 28272-1083 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $9,927.74 | $0.00 | $0.00 | $0.00 | $9,927.74 |
| 10 | COMENITY CAPITAL BANK  C O WEINSTEIN & RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE WA 98121 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,654.49 | $0.00 | $0.00 | $0.00 | $1,654.49 |
|  | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |
|  | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $28.00 | $0.00 | $0.00 | $0.00 | $28.00 |

**CLAIM ANALYSIS REPORT**  Page No: 2  Exhibit C

| Case No. | 15-34576 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | | | | | | | | Date: 2/24/2017 |
| Claims Bar Date: | 03/23/2016 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $15,332.66 | $0.00 | $0.00 | $0.00 | $15,332.66 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $40.90 | $0.00 | $0.00 | $0.00 | $40.90 |
| | LAKELAW<br><br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $742.50 | $0.00 | $0.00 | $0.00 | $742.50 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to Synchrony Bank<br>(CARE CREDIT)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,038.21 | $0.00 | $0.00 | $0.00 | $5,038.21 |
| 7 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $9,972.17 | $0.00 | $0.00 | $0.00 | $9,972.17 |
| 4 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $4,422.50 | $0.00 | $0.00 | $0.00 | $4,422.50 |

CLAIMS ANALYSIS REPORT

Page No: 3

Exhibit C

| Case No. | 15-34576 | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | | | | | | | | Date: | 2/24/2017 |
| Claims Bar Date: | 03/23/2016 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 5 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $20,460.07 | $0.00 | $0.00 | $0.00 | $20,460.07 |
| 6 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $7,182.00 | $0.00 | $0.00 | $0.00 | $7,182.00 |
| 9 | WELLS FARGO FINANCIAL NATIONAL BANK Wells Fargo Bank NA PO Box 10438 Des Moines IA 50306-0438 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,816.50 | $0.00 | $0.00 | $0.00 | $4,816.50 |
| | | | | | $86,520.92 | $0.00 | $0.00 | $0.00 | $86,520.92 |

**CLAIM ANALYSIS REPORT**  Page No: 4
Exhibit C

| Case No.: | 15-34576 | Trustee Name: David Leibowitz |
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | Date: 2/24/2017 |
| Claims Bar Date: | 03/23/2016 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $40.90 | $40.90 | $0.00 | $0.00 | $0.00 | $40.90 |
| Attorney for Trustee Fees (Trustee Firm) | $742.50 | $742.50 | $0.00 | $0.00 | $0.00 | $742.50 |
| General Unsecured § 726(a)(2) | $4,816.50 | $4,816.50 | $0.00 | $0.00 | $0.00 | $4,816.50 |
| Payments to Unsecured Credit Card Holders | $79,643.02 | $79,643.02 | $0.00 | $0.00 | $0.00 | $79,643.02 |
| Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | $4,496.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,250.00 | $1,250.00 | $0.00 | $0.00 | $0.00 | $1,250.00 |
| Trustee Expenses | $28.00 | $28.00 | $0.00 | $0.00 | $0.00 | $28.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:       15-34576
Case Name:      EULALIO DELATORRE
                ANDREA L DELATORRE
Trustee Name:   David P. Leibowitz

Balance on hand:   $4,942.81

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:   $0.00
Remaining balance:   $4,942.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| David P. Leibowitz, Trustee Expenses | $28.00 | $0.00 | $28.00 |
| Lakelaw, Attorney for Trustee Fees | $742.50 | $0.00 | $742.50 |
| Lakelaw, Attorney for Trustee Expenses | $40.90 | $0.00 | $40.90 |

Total to be paid for chapter 7 administrative expenses:   $2,061.40
Remaining balance:   $2,881.41

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $2,881.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:   $0.00

**UST Form 101-7-TFR (5/1/2011)**

Remaining balance:   $2,881.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $84,459.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $15,332.66 | $0.00 | $523.10 |
| 2 | Capital One Bank (USA), N.A. | $9,927.74 | $0.00 | $338.69 |
| 4 | PYOD, LLC its successors and assigns as assignee | $4,422.50 | $0.00 | $150.88 |
| 5 | PYOD, LLC its successors and assigns as assignee | $20,460.07 | $0.00 | $698.01 |
| 6 | PYOD, LLC its successors and assigns as assignee | $7,182.00 | $0.00 | $245.02 |
| 7 | PYOD, LLC its successors and assigns as assignee | $9,972.17 | $0.00 | $340.21 |
| 8 | American Express Bank, FSB | $5,653.18 | $0.00 | $192.86 |
| 9 | Wells Fargo Financial National Bank | $4,816.50 | $0.00 | $164.32 |
| 10 | Comenity Capital Bank | $1,654.49 | $0.00 | $56.44 |
| 11 | Portfolio Recovery Associates, LLC | $5,038.21 | $0.00 | $171.88 |

Total to be paid to timely general unsecured claims:   $2,881.41
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

**UST Form 101-7-TFR (5/1/2011)**

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**