**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34576 |
| | § | |
| EULALIO DELATORRE | § | |
| ANDREA L DELATORRE | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 03/28/2017, in Courtroom 615, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   02/28/2017                 By:   /s/ David P. Leibowitz
                                                     Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34576 |
| | § | |
| EULALIO DELATORRE | § | |
| ANDREA L DELATORRE | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $5,000.00
*and approved disbursements of*     $57.19
*leaving a balance on hand of[1]:*     $4,942.81

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,942.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,250.00 | $0.00 | $1,250.00 |
| David P. Leibowitz, Trustee Expenses | $28.00 | $0.00 | $28.00 |
| Lakelaw, Attorney for Trustee Fees | $742.50 | $0.00 | $742.50 |
| Lakelaw, Attorney for Trustee Expenses | $40.90 | $0.00 | $40.90 |

Total to be paid for chapter 7 administrative expenses:     $2,061.40
Remaining balance:     $2,881.41

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
| | Remaining balance: | $2,881.41 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $2,881.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $84,459.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $15,332.66 | $0.00 | $523.10 |
| 2 | Capital One Bank (USA), N.A. | $9,927.74 | $0.00 | $338.69 |
| 4 | PYOD, LLC its successors and assigns as assignee | $4,422.50 | $0.00 | $150.88 |
| 5 | PYOD, LLC its successors and assigns as assignee | $20,460.07 | $0.00 | $698.01 |
| 6 | PYOD, LLC its successors and assigns as assignee | $7,182.00 | $0.00 | $245.02 |
| 7 | PYOD, LLC its successors and assigns as assignee | $9,972.17 | $0.00 | $340.21 |
| 8 | American Express Bank, FSB | $5,653.18 | $0.00 | $192.86 |
| 9 | Wells Fargo Financial National Bank | $4,816.50 | $0.00 | $164.32 |
| 10 | Comenity Capital Bank | $1,654.49 | $0.00 | $56.44 |
| 11 | Portfolio Recovery Associates, LLC | $5,038.21 | $0.00 | $171.88 |

| | Total to be paid to timely general unsecured claims: | $2,881.41 |
|---|---|---|

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Eulalio DeLaTorre
Andrea L DeLaTorre
    Debtors

Case No. 15-34576-JSB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: ccabrales   Page 1 of 1   Date Rcvd: Mar 01, 2017
Form ID: pdf006   Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2017.
```
db/jdb         +Eulalio DeLaTorre,   Andrea L DeLaTorre,   139 Norwich Drive,   Bartlett, IL 60103-1377
aty            +Lakelaw,   420 W. Clayton Street,   Waukegan, IL 60085-4216
24231137        American Express Bank, FSB,   c o Becket and Lee LLP,   PO Box 3001,   Malvern, PA 19355-0701
24104659        Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
24334790        Wells Fargo Financial National Bank,   Wells Fargo Bank NA,   PO Box 10438,
                 Des Moines IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24166847       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 02 2017 03:12:39
                 Capital One Auto Finance,   a division of Capital One NA,   POB 201347,
                 Arlington TX 76006-1347
24345259       +E-mail/Text: bncmail@w-legal.com Mar 02 2017 03:17:05      Comenity Capital Bank,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
24055698        E-mail/Text: mrdiscen@discover.com Mar 02 2017 03:15:22      Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
24351746        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 02 2017 03:14:07
                 Portfolio Recovery Associates, LLC,   Successor to Synchrony Bank,   (CARE CREDIT),
                 POB 41067,   Norfolk, VA 23541
24194957       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 02 2017 03:12:42
                 PYOD, LLC its successors and assigns as assignee,   of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 5
```

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2017       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:
```
          Chester H Foster, Jr.    on behalf of Debtor 1 Eulalio  DeLaTorre chf@fosterlegalservices.com,
           dbf@fosterlegalservices.com
          Chester H Foster, Jr.    on behalf of Debtor 2 Andrea L DeLaTorre chf@fosterlegalservices.com,
           dbf@fosterlegalservices.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 5
```