**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-34576 |
| | § | |
| EULALIO DELATORRE | § | |
| ANDREA L DELATORRE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $267,333.00 | Assets Exempt: | $44,100.00 |
| Total Distributions to Claimants: | $2,881.41 | Claims Discharged Without Payment: | $112,470.38 |
| Total Expenses of Administration: | $2,118.59 | | |

3)    Total gross receipts of $5,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $335,627.00 | $4,496.58 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,118.59 | $2,118.59 | $2,118.59 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $115,747.76 | $84,459.52 | $84,459.52 | $2,881.41 |
| **Total Disbursements** | $451,374.76 | $91,074.69 | $86,578.11 | $5,000.00 |

4). This case was originally filed under chapter 7 on 10/10/2015. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2017         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2009 Nissan Maxima 4D Sedan SV | 1129-000 | $2,209.00 |
| 2010 Ford Expedition 4D Sport Utility Eddie Bauer | 1129-000 | $2,791.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One Auto Finance | 4210-000 | $5,391.00 | $4,496.58 | $0.00 | $0.00 |
| | Harris N.a. | 4210-000 | $6,747.00 | $0.00 | $0.00 | $0.00 |
| | Nationwide Acceptance | 4110-000 | $271,401.00 | $0.00 | $0.00 | $0.00 |
| | Webster Bank | 4110-000 | $52,088.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$335,627.00** | **$4,496.58** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,250.00 | $1,250.00 | $1,250.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $28.00 | $28.00 | $28.00 |
| Green Bank | 2600-000 | NA | $57.19 | $57.19 | $57.19 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $742.50 | $742.50 | $742.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $40.90 | $40.90 | $40.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,118.59** | **$2,118.59** | **$2,118.59** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $15,059.00 | $15,332.66 | $15,332.66 | $523.10 |
| 2 | Capital One Bank (USA), N.A. | 7100-900 | $9,927.00 | $9,927.74 | $9,927.74 | $338.69 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $4,489.00 | $4,422.50 | $4,422.50 | $150.88 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $20,839.00 | $20,460.07 | $20,460.07 | $698.01 |
| 6 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $7,101.00 | $7,182.00 | $7,182.00 | $245.02 |
| 7 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $10,184.00 | $9,972.17 | $9,972.17 | $340.21 |
| 8 | American Express Bank, FSB | 7100-900 | $5,626.00 | $5,653.18 | $5,653.18 | $192.86 |
| 9 | Wells Fargo Financial National Bank | 7100-000 | $0.00 | $4,816.50 | $4,816.50 | $164.32 |
| 10 | Comenity Capital Bank | 7100-900 | $1,776.49 | $1,654.49 | $1,654.49 | $56.44 |
| 11 | Portfolio Recovery Associates, LLC | 7100-900 | $5,038.00 | $5,038.21 | $5,038.21 | $171.88 |
|  | Central DuPage Hospital | 7100-000 | $7,240.66 | $0.00 | $0.00 | $0.00 |
|  | Children's Hospital of Chicago | 7100-000 | $281.40 | $0.00 | $0.00 | $0.00 |
|  | Children's Hospital of Chicago | 7100-000 | $576.15 | $0.00 | $0.00 | $0.00 |
|  | Chase Card Services | 7100-900 | $13,109.00 | $0.00 | $0.00 | $0.00 |
|  | Fifth Third Bank | 7100-900 | $4,869.06 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $106,115.76 | $84,459.52 | $84,459.52 | $2,881.41 |

UST Form 101-7-TDR (10/1/2010)

Case 15-34576 Doc 43 Filed 05/24/17 Entered 05/24/17 15:44:10 Desc Main
Document Page 5 of 10

FORM 1
Page No: 1    Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 15-34576 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | | | Date Filed (f) or Converted (c): | 10/10/2015 (f) |
| For the Period Ending: | 5/10/2017 | | | §341(a) Meeting Date: | 12/02/2015 |
| | | | | Claims Bar Date: | 03/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Debtors' homestead. Location: 139 Norwich Drive, Bartlett IL 60103 | $297,333.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account at Fifth-Third Bank (1808) | $194.35 | $0.00 | | $0.00 | FA |
| 3 | Checking and Saving Accounts at Fifth Third Bank: 1) Personal savings ending 6942 balance of $6.61 2) Personal savings ending 4239 balance of $1.82 3) Personal savings ending 4296 balance of $6.30 | $14.73 | $0.00 | | $0.00 | FA |
| 4 | Miscellaneous household goods and furnishings. | $1,000.00 | $0.00 | | $0.00 | FA |
| 5 | Personal clothing | $500.00 | $0.00 | | $0.00 | FA |
| 6 | 2 wedding bands. | $500.00 | $0.00 | | $0.00 | FA |
| 7 | College tuition fund held by debtors' as custodian for dependent minotr children. | $800.00 | $0.00 | | $0.00 | FA |
| 8 | Husband's 100% ownership interest in De Latorre, Inc., an Illinois S corporation (not in good standing). Business checking ending 8329 balance of $11.27 Business savings ending 9336 balance of $97.02 | $108.29 | $0.00 | | $0.00 | FA |
| 9 | 2009 Nissan Maxima 4D Sedan SV | $10,000.00 | $2,209.00 | | $2,209.00 | FA |
| **Asset Notes:** | order authorizing sale of equity in vehicle to Debtor for $2,209 (dkt #33) | | | | | |
| 10 | 2010 Ford Expedition 4D Sport Utility Eddie Bauer | $20,000.00 | $4,670.37 | | $2,791.00 | FA |
| **Asset Notes:** | order authorizing sale of equity in vehicle to Debtor for $2,791 (dkt #33) | | | | | |

**TOTALS (Excluding unknown value)**              **Gross Value of Remaining Assets**
                                      $330,450.37          $6,879.37                        $5,000.00        $0.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2     Exhibit 8

| Case No.: | 15-34576 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | | Date Filed (f) or Converted (c): | 10/10/2015 (f) |
| For the Period Ending: | 5/10/2017 | | §341(a) Meeting Date: | 12/02/2015 |
| | | | Claims Bar Date: | 03/23/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 12/31/2016     **Current Projected Date Of Final Report (TFR):** 02/20/2017

/s/ DAVID LEIBOWITZ
DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-34576 | | Trustee Name: | David Leibowitz |
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3299 | | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***3300 | | Account Title: | |
| For Period Beginning: | 10/10/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/21/2015 | | Leo & ANdrea Delatorre | Payment for equity in Debtor's vehicles listed on Schedule B of Petition | * | $5,000.00 | | $5,000.00 |
| | {9} | | Settlement payment for Debtor's equity in 2009 Nissan Maxima   $2,209.00 | 1129-000 | | | $5,000.00 |
| | {10} | | Settlement payment for Debtor's equity in 2010 Ford Expedition   $2,791.00 | 1129-000 | | | $5,000.00 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.08 | $4,997.92 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.06 | $4,989.86 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.53 | $4,982.33 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.03 | $4,974.30 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $8.02 | $4,966.28 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.75 | $4,958.53 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.74 | $4,950.79 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $7.98 | $4,942.81 |
| 03/23/2017 | | Law Offices of David P. Leibowitz LLC | Refunding check cut in error | * | | ($2,061.40) | $7,004.21 |
| | | | Lakelaw   $40.90 | 3120-000 | | | $7,004.21 |
| | | | Lakelaw   $742.50 | 3110-000 | | | $7,004.21 |
| | | | David P. Leibowitz   $1,250.00 | 2100-000 | | | $7,004.21 |
| | | | David P. Leibowitz   $28.00 | 2200-000 | | | $7,004.21 |
| 03/23/2017 | 3001 | Lakelaw | Claim #: ; Amount Claimed: $40.90; Distribution Dividend: 100.00%; | 3120-000 | | $40.90 | $6,963.31 |
| 03/23/2017 | 3002 | Lakelaw | Claim #: ; Amount Claimed: $742.50; Distribution Dividend: 100.00%; | 3110-000 | | $742.50 | $6,220.81 |
| 03/23/2017 | 3003 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,250.00 | $4,970.81 |
| 03/23/2017 | 3004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $28.00 | $4,942.81 |
| 03/23/2017 | 3005 | Wells Fargo Financial National Bank | Claim #: 9; Amount Claimed: $4,816.50; Distribution Dividend: 3.41%; check cut in error on 3/23/17 but not mailed until approval of TFR on 3/28/2017 | 7100-000 | | $164.32 | $4,778.49 |
| | | | **SUBTOTALS** | | $5,000.00 | $221.51 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-34576 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3299 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***3300 | Account Title: | |
| For Period Beginning: | 10/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/23/2017 | 3006 | Discover Bank | Claim #: 1; Amount Claimed: $15,332.66; Distribution Dividend: 3.41%; check cut in error on 3/23/17 but not mailed until approval of TFR on 3/28/2017 | 7100-900 | | $523.10 | $4,255.39 |
| 03/23/2017 | 3007 | Capital One Bank (USA), N.A. | Claim #: 2; Amount Claimed: $9,927.74; Distribution Dividend: 3.41%; check cut in error on 3/23/17 but not mailed until approval of TFR on 3/28/2017 | 7100-900 | | $338.69 | $3,916.70 |
| 03/23/2017 | 3008 | PYOD, LLC its successors and assigns as assignee | Claim #: 4; Amount Claimed: $4,422.50; Distribution Dividend: 3.41%; check cut in error on 3/23/17 but not mailed until approval of TFR on 3/28/2017 | 7100-900 | | $150.88 | $3,765.82 |
| 03/23/2017 | 3009 | PYOD, LLC its successors and assigns as assignee | Claim #: 5; Amount Claimed: $20,460.07; Distribution Dividend: 3.41%; check cut in error on 3/23/17 but not mailed until approval of TFR on 3/28/2017 | 7100-900 | | $698.01 | $3,067.81 |
| 03/23/2017 | 3010 | PYOD, LLC its successors and assigns as assignee | Claim #: 6; Amount Claimed: $7,182.00; Distribution Dividend: 3.41%; check cut in error on 3/23/17 but not mailed until approval of TFR on 3/28/2017 | 7100-900 | | $245.02 | $2,822.79 |
| 03/23/2017 | 3011 | PYOD, LLC its successors and assigns as assignee | Claim #: 7; Amount Claimed: $9,972.17; Distribution Dividend: 3.41%; check cut in error on 3/23/17 but not mailed until approval of TFR on 3/28/2017 | 7100-900 | | $340.21 | $2,482.58 |
| 03/23/2017 | 3012 | American Express Bank, FSB | Claim #: 8; Amount Claimed: $5,653.18; Distribution Dividend: 3.41%; check cut in error on 3/23/17 but not mailed until approval of TFR on 3/28/2017 | 7100-900 | | $192.86 | $2,289.72 |
| 03/23/2017 | 3013 | Comenity Capital Bank | Claim #: 10; Amount Claimed: $1,654.49; Distribution Dividend: 3.41%; check cut in error on 3/23/17 but not mailed until approval of TFR on 3/28/2017 | 7100-900 | | $56.44 | $2,233.28 |
| 03/23/2017 | 3014 | Portfolio Recovery Associates, LLC | Claim #: 11; Amount Claimed: $5,038.21; Distribution Dividend: 3.41%; check cut in error on 3/23/17 but not mailed until approval of TFR on 3/28/2017 | 7100-900 | | $171.88 | $2,061.40 |
| | | | **SUBTOTALS** | | $0.00 | $2,717.09 | |

Page No: 3 Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-34576 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3299 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***3300 | Account Title: | |
| For Period Beginning: | 10/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/28/2017 | 3015 | Lakelaw | Claim #: ; Amount Claimed: $40.90; Distribution Dividend: 100.00%; | 3120-000 | | $40.90 | $2,020.50 |
| 03/28/2017 | 3016 | Lakelaw | Claim #: ; Amount Claimed: $742.50; Distribution Dividend: 100.00%; | 3110-000 | | $742.50 | $1,278.00 |
| 03/28/2017 | 3017 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,250.00 | $28.00 |
| 03/28/2017 | 3018 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $28.00 | $0.00 |
| | | | **TOTALS:** | | $5,000.00 | $5,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $5,000.00 | $5,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $5,000.00 | $5,000.00 | |

| For the period of 10/10/2015 to 5/10/2017 | | For the entire history of the account between 12/21/2015 to 5/10/2017 | |
| --- | --- | --- | --- |
| Total Compensable Receipts: | $5,000.00 | Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 | Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $5,000.00 | Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 | Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4  Exhibit 9

| Case No. | 15-34576 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | DELATORRE, EULALIO AND DELATORRE, ANDREA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3299 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***3300 | Account Title: | |
| For Period Beginning: | 10/10/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/10/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,000.00 | $5,000.00 | $0.00 |

**For the period of 10/10/2015 to 5/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/10/2015 to 5/10/2017**

| | |
|---|---|
| Total Compensable Receipts: | $5,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $5,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $5,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $5,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ